1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 CENTRAL DISTRICT OF CALIFORNIA
8
9 KORRELL SANTANA COLE,

Plaintiffs,

v.

LOS ANGELES COUNTY, et al.,

Defendants.

Case No. 2:23-cv-10392-SB-PD

[PROPOSED] ORDER CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER

Orig. Compl.:     12/11/23
Orig. Resp. Pldg.:  6/10/24

Having considered the request to continue the deadlines in the case management order (CMO) and finding good cause to grant a continuance, the Court hereby modifies the CMO by adopting the Proposed Dates (as may have been modified) in the table below.

1

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| Trial | 03/10/25 | 03/10/25 | 07/14/25 |
| Pretrial Conf. | 02/28/25 | 02/28/25 | 06/30/25 |
| Motion to Amend Pleadings | 09/06/24 | 09/06/24 | 01/10/25 |
| Fact Discovery Cutoff | 12/27/24 | 12/27/24 | 04/28/25 |
| Expert Discovery Cutoff | 12/27/24 | 12/27/24 | 04/28/25 |
| Discovery Motion Hearing Cutoff | 01/03/25 | 01/03/25 | 05/09/25 |
| Non-Discovery Motion Hearing Cutoff | 01/03/25 | 01/03/25 | 05/09/25 |
| Settlement Conf. Deadline | 01/17/25 | 01/17/25 | 05/19/25 |
| Post-Settle. Conf. (Report due 7 days before) | 01/31/25 | 01/31/25 | 06/02/25 |
| Trial Filings (1st Set) | 02/07/25 | 02/07/25 | 06/09/25 |
| Trial Filings (2nd Set) | 02/14/25 | 02/14/25 | 06/16/25 |

Dated:   <**SELECT DATE**>

**Stanley Blumenfeld, Jr.**
**United States District Judge**