1  STEPHEN YAGMAN (SBN 69737)
   filing@yagmanlaw.net
2  (for filings only)
   YAGMAN + REICHMANN, LLP
3  333 Washington Boulevard
   Venice Beach, California 90292-5152
4  (310) 452-3200

5  Attorneys for Plaintiff, KORRELL COLE

8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

| KORRELL COLE, | 2:23-cv-10392-SB(PDx) |
|---|---|
| Plaintiff, | **EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| LOS ANGELES COUNTY, *et al.*, | December 13, 2024<br>8:30 a.m.<br>Courtroom 6C |
| Defendants. | |
| | Judge Stanley Blumenfeld, Jr. |

1

# DECLARATION OF DYLAN JAMES

I, DYLAN JAMES, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am a contractor, who was doing some work at 38 28th Avenue, Venice Beach, on Monday, November 18, 2024.

2. At about 3:50 p.m., there was a man in the patio meeting with Stephen Yagman.

3. I also was in the patio, when I heard the man shout loudly at Mr. Yagman, "Kiss my ass, fuck you, fuck you." Mr. Yagman did not respond to him.

_____
DYLAN JAMES 11-19-24

# DECLARATION OF EDGAR PABLO

I, EDGAR PABLO, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am a contractor, who was doing some work at 38 28th Avenue, Venice Beach, on Monday, November 18, 2024.

2. At about 3:50 p.m., there was a man in the patio meeting with Stephen Yagman.

3. I also was in the patio, when I heard the man shout loudly at Mr. Yagman, "Kiss my ass, fuck you, fuck you." Mr. Yagman did not respond to him.

*[signature]*

EDGAR PABLO 11-19-24

1