UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORRELL SANTANA COLE,<br><br>      Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY et al.,<br><br>      Defendants. | Case No. 2:23-cv-10392-SB-PD<br><br>ORDER REFERRING DISCOVERY DISPUTES TO MAGISTRATE JUDGE FOR RECONSIDERATION |

      On November 22, 2024, Plaintiff filed two motions seeking review of Magistrate Judge Donahue's discovery orders. Dkt. Nos. 71, 72. Those orders, among other things, overruled Plaintiff's objections to Defendants' written discovery requests and deposition notice and ordered Plaintiff to respond to the requests and attend the deposition. Dkt. Nos. 60, 63, 64. In his motions, Plaintiff provides the Court with information that was not presented to Judge Donahue at the time of the informal discovery conference (IDC). Dkt. Nos. 59, 60. To allow for an evaluation of the discovery orders in light of all the pertinent facts, the Court refers the discovery disputes raised at the IDC, Dkt. No. 60, and in Plaintiff's motions, Dkt. Nos. 71, 72, to Judge Donahue for reconsideration. *See Salinas v. Cornwell Quality Tools Co.*, No. 5:19-CV-02275, 2022 WL 2189646, at *1 (C.D. Cal. Mar. 31, 2022) (referring magistrate judge's ruling for reconsideration to consider new legal authority); *United States v. King*, No. 2:20-CR-00344, 2023 WL 7906420, at *7 (D. Nev. Nov. 16, 2023) (referring objection to magistrate judge's ruling for reconsideration to consider new evidence).

Date: November 26, 2024

                                                    Stanley Blumenfeld, Jr.
                                           United States District Judge