1  ANDREW BAUM - State Bar No. 190397
   abaum@glaserweil.com
2  GLASER WEIL FINK HOWARD
     JORDAN & SHAPIRO LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
5
   *Pending Substitution Request:*
6  *Attorneys for Defendants Robert Luna,*
   *Andrew Palencia, Brian Pineda,*
7  *Sergio Palacios, and Clayton Stelter*

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11  KORRELL SANTANA COLE,              CASE NO. 2:23-cv-10392-SB-PD

12            Plaintiff,               Hon. Stanley Blumenfeld, Jr.

13  v.                                 **COUNSEL'S L.R. 83-2.3.5
                                       CERTIFICATION PURSUANT TO
14  LOS ANGELES COUNTY, et al.,        THE COURT'S NOVEMBER 27,
                                       2024 IN CHAMBERS ORDER (DKT.
15            Defendants.              76)**

16

17

18

19

20

21

22

23

24

25

26

27

28

---

COUNSEL'S L.R. 83-2.3.5 CERTIFICATION

1    Pursuant to the Court's In Chambers Order entered on November 27, 2024 (Dkt.

2 76), Andrew Baum of Glaser Weil Fink Howard Jordan & Shapiro LLP ("new

3 counsel") certifies that, based on review of the case docket, it does not appear that the

4 substitution of attorney request filed on November 26, 2024 (Dkt. 75) will cause any

5 delay in the case. New counsel is aware of the December 13, 2024 hearing on the

6 motion to dismiss the second amended complaint filed by Defendants Robert Luna,

7 Andrew Palencia, Brian Pineda, Sergio Palacios, and Clayton Stelter ("Defendants")

8 and the December 16, 2024 hearing on the parties' discovery disputes. New counsel is

9 also aware of the parties' correspondence regarding service attempts on the members

10 of the Board of Supervisors and is prepared to address that correspondence.

11    New counsel intends to pursue Defendants' rights to appropriate discovery and

12 to bring a motion to dismiss on behalf of the Board of Supervisor defendants. While

13 those efforts could potentially lead to a delay in this case, it will not be because new

14 counsel has now appeared in the case.

15    New counsel is prepared to meet all deadlines that have been or will be set or

16 modified by the Court.

17

18   DATED:  December 2, 2024                    GLASER WEIL FINK HOWARD
                                                 JORDAN & SHAPIRO LLP
19

20                                               By: */s/ Andrew Baum*
21                                                   ANDREW BAUM

22                                                   *Pending Substitution Request:*
                                                     *Attorneys for Defendants*
23                                                   *Robert Luna, Andrew Palencia, Brian*
                                                     *Pineda, Sergio Palacios, and Clayton*
24                                                   *Stelter*

25

26

27

28

1

**COUNSEL'S L.R. 83-2.3.5 CERTIFICATION**