# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Korrell Cole | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 2:23-cv-10392-SB-PD |
| v. | |
| Los Angeles County, et al. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

☒ The Court hereby orders that the request of:   Luna, Pineda, Palacios, Palencia, Stelter   ☐ Plaintiff  ☒ Defendant  ☐ Other

Name of Party

☒ to substitute   Andrew Baum, Esq.   who is
☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Glaser Weil Fink Howard Jordan & Shapiro LLP, 10250 Constellation Blvd., 19th Floor
Street Address

Los Angeles, CA 90067                    abaum@glaserweil.com
City, State, Zip                         E-Mail Address

(310) 282-6298        (310) 556-2920        190397
Telephone Number      Fax Number            State Bar Number

As attorney of record instead of   Paul B. Beach, Esq. and Shawyane Emadi, Esq.
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of:   Paul B. Beach, Esq. and Shawyane Emadi, Esq.
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   Defendants Luna, Pineda, Palacios, Palencia, and Stelter

**Is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **December 4, 2024**

Stanley Blumenfeld Jr., U.S. District Judge