ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
ALAINA BIRD - State Bar No. 318044
abird@glaserweil.com
GLASER WEIL FINK HOWARD
 JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants Robert Luna,
Andrew Palencia, Brian Pineda,
Sergio Palacios, and Clayton Stelter*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KORRELL SANTANA COLE,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>    Defendants. | CASE NO. 2:23-cv-10392-SB-PD<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**DECLARATION OF ANDREW BAUM IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR COUNSEL OF RECORD ALAINA BIRD TO APPEAR IN LIEU OF LEAD COUNSEL ANDREW BAUM AT DECEMBER 16, 2024 HEARING**<br><br>*Ex Parte Application, Declaration of Alaina Bird, and [Proposed] Order filed concurrently herewith*<br><br>**[DISCOVERY MATTER FOR DETERMINATION BY HON. PATRICIA DONAHUE]** |

**DECLARATION OF ANDREW BAUM IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION**

## DECLARATION OF ANDREW BAUM

I, Andrew Baum, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and the United States District Court for the Central District of California. I am a partner at Glaser Weil Fink Howard Jordan & Shapiro LLP, attorneys of record for Defendants Robert Luna, Andrew Palencia, Brian Pineda, Sergio Palacios, and Clayton Stelter ("Defendants"). I am lead counsel of record for Defendants.

2. I submit this declaration in support of Defendants' *Ex Parte* Application filed concurrently herewith. The facts set forth below are true of my own personal knowledge, and if called upon to testify as to them, I could and would competently do so under oath.

3. I will be out of the country on December 16, 2024 and thus will be unable to attend the hearing set by the Honorable Patricia Donahue that day at 9:00 a.m. in Courtroom 580 of the Roybal Federal Courthouse with respect to Plaintiff's motions at Dkts. 71 and 72 (*see* Dkt. 82).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 10, 2024, at Los Angeles, California.

*/s/ Andrew Baum*
Andrew Baum

1
**DECLARATION OF ANDREW BAUM IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION**