UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KORRELL SANTANA COLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-10392-SB-PD<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR COUNSEL OF RECORD ALAINA BIRD TO APPEAR IN LIEU OF LEAD COUNSEL ANDREW BAUM AT DECEMBER 16, 2024 HEARING**<br><br>**[DISCOVERY MATTER FOR DETERMINATION BY HON. PATRICIA DONAHUE]** |

1     On December 10, 2024, Defendants Robert Luna, Andrew Palencia, Brian Pineda, Sergio Palacios, and Clayton Stelter ("Defendants") applied to this Court *ex parte* for an order authorizing Alaina Bird, counsel of record for Defendants in this action, to appear and argue at the December 16, 2024 hearing at 9:00 a.m. in Courtroom 580 of the Roybal Federal Courthouse regarding Plaintiff's motions at Dkts. 71 and 72 in lieu of Andrew Baum, lead counsel of record for Defendants in this action.

    The Court, having considered Defendants' *ex parte* application and finding good cause therefor, hereby GRANTS the application and ORDERS as follows:

    Alaina Bird is authorized to appear and argue at the December 16, 2024 hearing on behalf of Defendants in lieu of Andrew Baum.

    IT IS SO ORDERED.

DATED: _____     _____
                                          HON. PATRICIA DONAHUE
                                          UNITED STATES MAGISTRATE JUDGE