JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORRELL SANTANA COLE,<br><br>　　Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY et al.,<br><br>　　Defendants. | Case No. 2:23-cv-10392-SB-PD<br><br>FINAL JUDGMENT |

　　Pursuant to Plaintiff Korrell Santana Cole's voluntary dismissal of his claims against Defendant Los Angeles County and for the reasons stated in (1) the October 28, 2024 order granting in part Defendants' motion to dismiss, (2) the February 5, 2025 order granting in part Defendants' motion to dismiss, and (3) the separate order entered this day adopting in large part the magistrate judge's report and recommendation and dismissing the remaining claims, Plaintiff's claims are dismissed as follows: Plaintiff's claims against Defendant Los Angeles County are dismissed without prejudice; Plaintiff's claims against Defendants Kathryn Barger, Holly Mitchell, Janice Hahn, Hilda Solis, and Lindsey Horvath (the Supervisor Defendants) in their individual capacities are dismissed on the merits with prejudice; Plaintiff's claims against the Supervisor Defendants in their official capacities are dismissed as redundant; and Plaintiff's claims against Defendants Robert Luna, Deputy Palencia, Deputy Pineda, Deputy Palacios, Sergeant Stelter, and Deputy Martinez are dismissed with prejudice—on the merits as to the claims dismissed on October 28, 2024, and pursuant to Fed. R. Civ. P. 37 as to all remaining claims.

　　This is a final judgment.

Date: November 20, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge